**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GREGORY P. KEITH,

    Plaintiff,                                 Civil No. 05-CV-70970-DT
                                              HONORABLE PAUL D. BORMAN
v.                                             UNITED STATES DISTRICT JUDGE

OAKLAND DEPUTIES, et. al.

    Defendants,
_____/

**OPINION AND ORDER GRANTING THE**
**MOTION FOR VOLUNTARY DISMISSAL**

Gregory P. Keith, ("plaintiff"), presently confined at the Chippewa Correctional Facility in Kincheloe, Michigan, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff has now filed a motion for voluntary dismissal pursuant to Fed.R.Civ.P 41(a). For the reasons stated below, the motion for voluntary dismissal is granted and the complaint is **DISMISSED WITHOUT PREJUDICE.**

**I.   DISCUSSION**

Fed.R.Civ.P. 41(a) provides that a plaintiff may dismiss an action without order of court by filing a notice of dismissal before service by the adverse party of an answer or motion for summary judgment. *See also Doran v. McGinnis*, 158 F.R.D. 383, 389 (E.D. Mich. 1994). Plaintiff is entitled to a voluntary dismissal of his civil rights complaint, in light of the fact that the defendants have not yet been served in this case, nor have they filed an answer to the complaint or motions to dismiss or for summary judgment. *Id.*

## II.  ORDER

Based upon the foregoing, the motion for voluntary dismissal is **GRANTED** and the complaint is **DISMISSED WITHOUT PREJUDICE.**

                                          s/Paul D. Borman  
                                          PAUL D. BORMAN  
                                          UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2006

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 28, 2006.

                                          s/Denise Goodine  
                                          Case Manager